UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2023
```

-------------------------------------------------------------------X
                                                                   :
   UNITED STATES OF AMERICA,                                       :
                                                                   :
                       -against-                                   :          23-CR-593 (VEC)
                                                                   :
   ADAMA SOW,                                                      :             ORDER
                                           Defendant.              :
                                                                   :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 15, 2023, the Undersigned referred the presentment and

arraignment of the Defendant to the Magistrate Court.

IT IS HEREBY ORDERED that the parties must appear for an initial conference on

**Monday, November 27, 2023, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall

Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date: November 16, 2023**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**