```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/08/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

UNITED STATES OF AMERICA

          -against-                              23-CR-593 (VEC)

                                                ORDER

ADAMA SOW,

                            Defendant.

-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 7, 2024, the parties requested that the Court schedule a change of plea hearing in this matter.

IT IS HEREBY ORDERED that Ms. Sow's change of plea hearing will be held on **Thursday, March 21, 2024, at 11:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date: March 8, 2024**
     **New York, NY**

                                                          **VALERIE CAPRONI**
                                                          **United States District Judge**