USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/21/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
            -against- : 23-CR-593 (VEC)
:
ADAMA SOW, : ORDER
                      Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on March 21, 2024, the parties appeared before the Undersigned for a change-of-plea hearing in this matter; and

    WHEREAS at the hearing, Ms. Sow entered a guilty to Count One of the Indictment, trafficking of counterfeit goods, which was accepted by the Court.

    IT IS HEREBY ORDERED that Ms. Sow will be sentenced on **Tuesday, July 16, 2024, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.  Pre-sentencing submissions are due no later than **July 2, 2024**.

**SO ORDERED.**

**Date: March 21, 2024**
**New York, NY**

                                           _____
                                           **VALERIE CAPRONI**
                                           **United States District Judge**