# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 16, 2024

*By ECF*

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *United States v. Adama Sow*, 23 Cr. 593 (VEC)

Dear Judge Caproni:

    I write with apologies for the very short notice to respectfully request a one week adjournment of this morning's sentencing. In preparing for sentencing, I recognized that I was mistaken in asserting that the factual issue identified in footnote six of my sentencing submission may not be material. Even if it may largely relate to the issue of restitution, whose adjudication the parties are requesting be delayed, I believe it is important to complete our investigation before sentence is imposed. Accordingly, I respectfully request a one-week adjournment of sentencing.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/

Martin S. Cohen
Ass't Federal Defender
Tel.: (212) 417-8737

Cc:    Henry Ross, Esq., by ECF