UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                    :
:
                    -against-                          :                23-CR-593 (VEC)
:
ADAMA SOW,                                            :                ORDER
                                    Defendant.        :
:
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on February 11, 2025, and February 12, 2025, the parties appeared before

the Court for a *Fatico* hearing.

      IT IS HEREBY ORDERED that the parties must file revised sentencing submissions not

later than **Friday, March 21, 2025**.  In addition to the issues typically raised in such

submissions, the parties should address any arguments arising out of the *Fatico* hearing in their

submissions.  The Court will schedule Ms. Sow's sentencing after the submissions have been

filed.

**SO ORDERED.**

Date:  **February 12, 2025**
     **New York, NY**

_____
                 **VALERIE CAPRONI**
          **United States District Judge**