UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                -against-

    ADAMA SOW,
                            Defendant.

------------------------------------------------------------------X

23-CR-593 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that Ms. Sow will be sentenced on **Monday, June 23, 2025, at 10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date: May 15, 2025**
      **New York, NY**

                                **VALERIE CAPRONI
                                United States District Judge**