

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

**MEMO ENDORSED**

July 6, 2025

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/7/2025
```

      Re:   *United States v. Adama Sow*, 23 Cr. 593 (VEC)

Dear Judge Caproni:

      The Government writes with the defense's consent to respectfully request a three-week adjournment of the forfeiture and restitution deadlines in the above-captioned case. At the June 23, 2025 sentencing, the Court ordered the parties to confer and submit any agreed-upon proposed forfeiture and restitution orders by July 8, 2025. The Government has been gathering relevant information from the victim brands in this case, and requires additional time to review that information and to confer with the victim brands and with the defense. Accordingly, the Government respectfully requests that the Court adjourn the forfeiture and restitution deadline from July 8, 2025, to July 29, 2025. Ms. Harris has advised the Government that the defense consents to this request.

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney

By: _____
      Henry L. Ross
      Assistant United States Attorney
      Tel: (212) 637-2442

cc:   Justine Harris, Esq. (by ECF)
      Emily McDaniels, Esq. (by ECF)

---

Application GRANTED.

SO ORDERED.

*[signature]*
7/7/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE