

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

**MEMO ENDORSED**

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 5, 2025

**BY ECF AND EMAIL**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/6/2025

**Re:** *United States v. Adama Sow*, 23 Cr. 593 (VEC)

Dear Judge Caproni:

The Government writes to respectfully request that Exhibit C to the Government's August 5, 2025 letter be filed under seal. The Exhibit is a set of invoices for work performed by Allegiance Protection Group and IP House for services provided to luxury goods brands (the "Victim Brands") whose false trademarks appeared on certain counterfeit goods trafficked by the defendant. The Exhibit contains sensitive business information and information about confidential investigative activities undertaken on behalf of the Victim Brands. Accordingly, the Government submits that the protection of the Victim Brands' information overcomes the presumption of public access to the Exhibits. *See, e.g.*, *United States v. Belfort*, No. 98 Cr. 859, 2014 WL 2612508, at *3 (E.D.N.Y. June 11, 2014) (holding that protecting fraud victims' privacy, "present[ed] a strong countervailing interest to the presumption of access" to a document containing information about victims' identities and restitution entitlements). The defendant consents to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Sarah Mortazavi / Henry L. Ross
Assistant United States Attorneys
Tel: (212) 637-2520 / 2442

Application GRANTED.

SO ORDERED.

*[signature]*
8/6/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

cc: Justine Harris, Esq. (by ECF and Email)