UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
               :
UNITED STATES OF AMERICA      :
                                     :   ORDER OF FORFEITURE AS TO
      - v. -                             SPECIFIC PROPERTY
               :
ADAMA SOW,                       23 Cr. 593 (VEC)
               :
          Defendant.
               :
------------------------------------- x

        WHEREAS, on or about November 14, 2023, ADAMA SOW (the "Defendant"), was charged in a one-count Sealed Indictment, 23 Cr. 593 (VEC) (the "Indictment"), with trafficking in counterfeit goods, in violation of Title 18, United States Code, Sections 2320(a)(1) and 2 (Count One);

        WHEREAS, the Indictment included a forfeiture allegation as to Count One of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 2323(b), of any and all articles made or trafficked as part of the commission of the offense charged in Count One of the Indictment, and any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of the commission of the offense charged in Count One of the Indictment, and any and all property used, or intended to be used, in any manner or part to commit or facilitate the commission of the offense charged in Count One of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Indictment that the Defendant personally obtained;

        WHEREAS, on or about March 21, 2024, the Defendant pled guilty to Count One of the Indictment; and

WHEREAS, the Defendant does not object to the forfeiture of all her right, title and interest in the following Property, which constitutes counterfeit property used in the offense and/or used to facilitate the commission offense charged in Count One of the Indictment:

a. Any and all counterfeit designer luxury items seized by the Government on or about October 20, 2023 through October 30, 2023 from storage unit #61368 at Gotham Mini Storage located at 501 Tenth Avenue, New York, New York;

b. Any and all counterfeit designer luxury items seized by the Government on or about October 20, 2023 through October 30, 2023 from storage unit #61370 at Gotham Mini Storage located at 501 Tenth Avenue, New York, New York;

c. Any and all counterfeit designer luxury items seized by the Government on or about October 20, 2023 through October 30, 2023 from storage unit #61402 at Gotham Mini Storage located at 501 Tenth Avenue, New York, New York;

d. Any and all counterfeit designer luxury items seized by the Government on or about October 20, 2023 through October 30, 2023 from storage unit #61430 at Gotham Mini Storage located at 501 Tenth Avenue, New York, New York;

e. Any and all counterfeit designer luxury items seized by the Government on or about October 20, 2023 through October 30, 2023 from storage unit #61432 at Gotham Mini Storage located at 501 Tenth Avenue, New York, New York;

f. Any and all counterfeit designer luxury items seized by the Government on or about October 20, 2023 through October 30, 2023 from storage unit #61433 at Gotham Mini Storage located at 501 Tenth Avenue, New York, New York;

g. Any and all counterfeit designer luxury items seized by the Government on or about October 20, 2023 through October 30, 2023 from storage unit #61434 at Gotham Mini Storage located at 501 Tenth Avenue, New York, New York;

h. Any and all counterfeit designer luxury items seized by the Government on or about October 20, 2023 through October 30, 2023 from storage unit #61437 at Gotham Mini Storage located at 501 Tenth Avenue, New York, New York;

i. Any and all counterfeit designer luxury items seized by the Government on or about October 20, 2023 through October 30, 2023 from storage unit #61438 at Gotham Mini Storage located at 501 Tenth Avenue, New York, New York;

j. Any and all counterfeit designer luxury items seized by the Government on or about October 20, 2023 through October 30, 2023 from storage unit #61440 at Gotham Mini Storage located at 501 Tenth Avenue, New York, New York;

k. Any and all counterfeit designer luxury items seized by the Government on or about October 20, 2023 through October 30, 2023 from storage unit #61441 at Gotham Mini Storage located at 501 Tenth Avenue, New York, New York;

l. Any and all counterfeit designer luxury items seized by the Government on or about October 20, 2023 through October 30, 2023 from storage unit #61442 at Gotham Mini Storage located at 501 Tenth Avenue, New York, New York;

m. Any and all counterfeit designer luxury items seized by the Government on or about October 20, 2023 through October 30, 2023 from storage unit #61443 at Gotham Mini Storage located at 501 Tenth Avenue, New York, New York;

n. Any and all counterfeit designer luxury items seized by the Government on or about October 20, 2023 through October 30, 2023 from storage unit #61459 at Gotham Mini Storage located at 501 Tenth Avenue, New York, New York;

o. Any and all counterfeit designer luxury items seized by the Government on or about October 20, 2023 through October 30, 2023 from storage unit #61467 at Gotham Mini Storage located at 501 Tenth Avenue, New York, New York;

p. Any and all counterfeit designer luxury items seized by the Government on or about October 20, 2023 through October 30, 2023 from storage unit #61471 at Gotham Mini Storage located at 501 Tenth Avenue, New York, New York; and

q. Any and all counterfeit designer luxury items seized by the Government on or about October 20, 2023 through October 30, 2023 from storage unit #61472 at Gotham Mini Storage located at 501 Tenth Avenue, New York, New York;

(a. through q., collectively, the "Specific Property");

WHEREAS, pursuant to Title 21, United States Code, Section 853(g), and Rules 32.2(b)(3), and 32.2(b)(6) of the Federal Rules of Criminal Procedure, the Government is now entitled, pending any assertion of third-party claims, to reduce the Specific Property to its possession and to notify any and all persons who reasonably appear to be a potential claimant of their interest herein;

IT IS HEREBY ORDERED that:

1. As a result of the offense charged in Count One of the Indictment, to which the Defendant was found guilty, all of the Defendant's right, title and interest in the Specific

Property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order of Forfeiture as to Specific Property is final as to the Defendant ADAMA SOW, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. Upon entry of this Order of Forfeiture as to Specific Property, the United States Customs and Border Protection, or its designee the Office of Fines, Penalties, and Forfeiture, is hereby authorized to take possession of the Specific Property and to hold such property in its secure custody and control.

4. Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, the United States is permitted to publish forfeiture notices on the government internet site, www.forfeiture.gov. This site incorporates the forfeiture notices that have been traditionally published in newspapers. The United States forthwith shall publish the internet ad for at least thirty (30) consecutive days. Any person, other than the Defendant, claiming interest in the Specific Property must file a Petition within sixty (60) days from the first day of publication of the Notice on this official government internet web site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

5. The published notice of forfeiture shall state that the petition (i) shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Specific Property, (ii) shall be signed by the petitioner under penalty of perjury, and (iii) shall set forth the nature and

extent of the petitioner's right, title or interest in the Specific Property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the Specific Property, any additional facts supporting the petitioner's claim, and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

6. Pursuant to 32.2 (b)(6)(A) of the Federal Rules of Criminal Procedure, the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

7. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Specific Property pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

8. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

9. The Court shall retain jurisdiction to enforce this Order of Forfeiture as to Specific Property, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

SO ORDERED:

_____  
HONORABLE VALERIE E. CAPRONI  
UNITED STATES DISTRICT JUDGE

10-6-25  
DATE