**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

**MEMO ENDORSED**

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 3, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2026

**By ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

  **Re: *United States v. Adama Sow*, 23 Cr. 593 (VEC)**

Dear Judge Caproni:

  The Government writes to respectfully request that Exhibits B through I (the "Exhibits") to the Government's April 4, 2025 sentencing submission be partially unsealed.[1] The Exhibits are letters submitted by luxury goods brands (the "Victim Brands") whose false trademarks appeared on certain counterfeit goods trafficked by the defendant. The identities of the Victim Brands and information in the Exhibits pertaining to their investigation-related costs are part of the public record in this case, and sealing of that information therefore is no longer necessary. The defendant consents to this request.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney for the
        Southern District of New York

by: _____
        Henry L. Ross
        Assistant United States Attorney
        (212) 637-2442

Cc: All counsel of record (by ECF)

---

[1] On April 21, 2025, the Court granted the Government's request for authorization to file the Exhibits under seal in their entirety. (Dkt. 62). The Government has proposed redactions to protect the identifying information of the Victim Brands' representatives.

Application GRANTED.

SO ORDERED.

_Valerie Caproni_    5/5/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE