USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                  :

UNITED STATES OF AMERICA      :

                  :

     -v.-             :     **FINAL ORDER OF FORFEITURE**

                  :

ADAMA SOW,           :     23 Cr. 593 (VEC)

                  :

     Defendant.        :

                  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, on or about October 7, 2025, this Court entered a Preliminary Order

of Forfeiture as to Specific Property (the "Preliminary Order of Forfeiture") (D.E. 81), which

ordered the forfeiture to the United States of all right, title and interest of ADAMA SOW (the

"Defendant") in the following property:

    a.    Any and all counterfeit designer luxury items seized by the Government on or about October 20, 2023 through October 30, 2023 from storage unit #61368 at Gotham Mini Storage located at 501 Tenth Avenue, New York, New York;

    b.    Any and all counterfeit designer luxury items seized by the Government on or about October 20, 2023 through October 30, 2023 from storage unit #61370 at Gotham Mini Storage located at 501 Tenth Avenue, New York, New York;

    c.    Any and all counterfeit designer luxury items seized by the Government on or about October 20, 2023 through October 30, 2023 from storage unit #61402 at Gotham Mini Storage located at 501 Tenth Avenue, New York, New York;

    d.    Any and all counterfeit designer luxury items seized by the Government on or about October 20, 2023 through October 30, 2023 from storage unit #61430 at Gotham Mini Storage located at 501 Tenth Avenue, New York, New York;

    e.    Any and all counterfeit designer luxury items seized by the Government on or about October 20, 2023 through October 30, 2023 from storage unit #61432 at Gotham Mini Storage located at 501 Tenth Avenue, New York, New York;

f.      Any and all counterfeit designer luxury items seized by the Government on or about October 20, 2023 through October 30, 2023 from storage unit #61433 at Gotham Mini Storage located at 501 Tenth Avenue, New York, New York;

g.      Any and all counterfeit designer luxury items seized by the Government on or about October 20, 2023 through October 30, 2023 from storage unit #61434 at Gotham Mini Storage located at 501 Tenth Avenue, New York, New York;

h.      Any and all counterfeit designer luxury items seized by the Government on or about October 20, 2023 through October 30, 2023 from storage unit #61437 at Gotham Mini Storage located at 50 l Tenth A venue, New York, New York;

i.      Any and all counterfeit designer luxury items seized by the Government on or about October 20, 2023 through October 30, 2023 from storage unit #61438 at Gotham Mini Storage located at 501 Tenth Avenue, New York, New York;

j.      Any and all counterfeit designer luxury items seized by the Government on or about October 20, 2023 through October 30, 2023 from storage units #61440 and #61441 at Gotham Mini Storage located at 501 Tenth Avenue, New York, New York;

k.      Any and all counterfeit designer luxury items seized by the Government on or about October 20, 2023 through October 30, 2023 from storage unit #61442 at Gotham Mini Storage located at 501 Tenth Avenue, New York, New York;

l.      Any and all counterfeit designer luxury items seized by the Government on or about October 20, 2023 through October 30, 2023 from storage unit #61443 at Gotham Mini Storage located at 501 Tenth Avenue, New York, New York;

m.      Any and all counterfeit designer luxury items seized by the Government on or about October 20, 2023 through October 30, 2023 from storage unit #61459 at Gotham Mini Storage located at 501 Tenth Avenue, New York, New York;

n.      Any and all counterfeit designer luxury items seized by the Government on or about October 20, 2023 through October 30, 2023 from storage unit#61467 at Gotham Mini Storage located at 501 Tenth Avenue, New York, New York; and

o.   Any and all counterfeit designer luxury items seized by the Government on or about October 20, 2023 through October 30, 2023 from storage units #61471 and #61472 at Gotham Mini Storage located at 501 Tenth Avenue, New York, New York

(a. through o., collectively, the "Specific Property");

WHEREAS, the Government seized the following property from Storage Unit-1:

a.   2 counterfeit designer luxury items labeled as "Chanel";

b.   172 counterfeit designer luxury items labeled as "Marc Jacobs";

c.   496 counterfeit designer luxury items labeled as "Burberry";

d.   1,625 counterfeit designer luxury items labeled as "Gucci";

e.   2,094 counterfeit designer luxury items labeled as "Modern Creation Munchen" (MCM); and

f.   4,032 counterfeit designer luxury items labeled as "Louis Vuitton";

(a. through f., collectively, the "Storage Unit-1 Property");

WHEREAS, the Government seized the following property from Storage Unit-2:

a.   16 counterfeit designer luxury items labeled as "Gucci";

b.   202 counterfeit designer luxury items labeled as "Burberry";

c.   215 counterfeit designer luxury items labeled as "Christian Dior"; and

d.   3,788 counterfeit designer luxury items labeled as "Louis Vuitton";

(a. through d., collectively, the "Storage Unit-2 Property");

WHEREAS, the Government seized the following from Storage Unit-3:

a.   13 counterfeit designer luxury items labeled as "Burberry";

b.   176 counterfeit designer luxury items labeled as "Yves Saint Laurent" (YSL);

c.   198 counterfeit designer luxury items labeled as "Chanel";

    d.   390 counterfeit designer luxury items labeled as "Marc Jacobs";

    e.   572 counterfeit designer luxury items labeled as "Modern Creation Munchen" (MCM);

    f.   840 counterfeit designer luxury items labeled as "Christian Dior";

    g.   1,366 counterfeit designer luxury items labeled as "Gucci"; and

    h.   2,485 counterfeit designer luxury items labeled as "Louis Vuitton";

(a. through h., collectively, the "Storage Unit-3 Property");

WHEREAS, the Government seized the following from Storage Unit-4:

    a.   115 counterfeit designer luxury items labeled as "Modern Creation Munchen" (MCM);

    b.   888 counterfeit designer luxury items labeled as "Louis Vuitton"; and

    c.   984 counterfeit designer luxury items labeled as "Gucci";

(a. through c., collectively, the "Storage Unit-4 Property");

WHEREAS, the Government seized the following from Storage Unit-5:

    a.   16 counterfeit designer luxury items labeled as "Goyard";

    b.   17 counterfeit designer luxury items labeled as "Prada";

    c.   49 counterfeit designer luxury items labeled as "Coach";

    d.   64 counterfeit designer luxury items labeled as "Michael Kors";

    e.   77 counterfeit designer luxury items labeled as "Burberry";

    f.   99 counterfeit designer luxury items labeled as "Marc Jacobs";

    g.   100 counterfeit designer luxury items labeled as "Chanel";

    h.   169 counterfeit designer luxury items labeled as "Christian Dior";

    i.   464 counterfeit designer luxury items labeled as "Modern Creation Munchen" (MCM);

    j.  1,185 counterfeit designer luxury items labeled as "Gucci"; and

    k.  2,768 counterfeit designer luxury items labeled as "Louis Vuitton";

(a. through k., collectively, the "Storage Unit-5 Property");

WHEREAS, the Government seized the following from Storage Unit-6:

    a.  227 counterfeit designer luxury items labeled as "Gucci";

    b.  309 counterfeit designer luxury items labeled as "Christian Dior";

    c.  519 counterfeit designer luxury items labeled as "Prada";

    d.  652 counterfeit designer luxury items labeled as "Louis Vuitton"; and

    e.  1,139 counterfeit designer luxury items labeled as "Marc Jacobs";

(a. through e., collectively, the "Storage Unit-6 Property");

WHEREAS, the Government seized the following from Storage Unit-7:

    a.  5 counterfeit designer luxury items labeled as "Burberry";

    b.  50 counterfeit designer luxury items labeled as "Coach";

    c.  71 counterfeit designer luxury items labeled as "Chanel";

    d.  80 counterfeit designer luxury items labeled as "Prada";

    e.  90 counterfeit designer luxury items labeled as "Michael Kors";

    f.  92 counterfeit designer luxury items labeled as "Fendi";

    g.  242 counterfeit designer luxury items labeled as "Goyard";

    h.  448 counterfeit designer luxury items labeled as "Christian Dior";

    i.  565 counterfeit designer luxury items labeled as "Yves Saint Laurent" (YSL);

    j.  580 counterfeit designer luxury items labeled as "Modern Creation Munchen" (MCM);

    k.  699 counterfeit designer luxury items labeled as "Marc Jacobs";

    l.  1,421 counterfeit designer luxury items labeled as "Gucci"; and

    m.  3,658 counterfeit designer luxury items labeled as "Louis Vuitton";

(a. through m., collectively, the "Storage Unit-7 Property");

WHEREAS, the Government seized the following from Storage Unit-8:

    a.  34 counterfeit designer luxury items labeled as "Yves Saint Laurent" (YSL);

    b.  47 counterfeit designer luxury items labeled as "Marc Jacobs";

    c.  136 counterfeit designer luxury items labeled as "Goyard";

    d.  150 counterfeit designer luxury items labeled as "Modern Creation Munchen" (MCM);

    e.  526 counterfeit designer luxury items labeled as "Gucci"; and

    f.  3,470 counterfeit designer luxury items labeled as "Louis Vuitton";

(a. through d., collectively, the "Storage Unit-8 Property");

WHEREAS, the Government seized the following from Storage Unit-9:

    a.  38 counterfeit designer luxury items labeled as "Gucci";

    b.  209 counterfeit designer luxury items labeled as "Marc Jacobs";

    c.  625 counterfeit designer luxury items labeled as "Louis Vuitton"; and

    d.  1,290 counterfeit designer luxury items labeled as "Christian Dior";

(a. through d., collectively, the "Storage Unit-9 Property");

WHEREAS, the Government seized the following from Storage Unit-10:

    a.  4 counterfeit designer luxury items labeled as "Fendi";

    b.  18 counterfeit designer luxury items labeled as "Balenciaga";

    c.  65 counterfeit designer luxury items labeled as "Christian Dior";

    d.  96 counterfeit designer luxury items labeled as "Prada";

    e.  103 Counterfeit designer luxury items labeled as "Yves Saint Laurent" (YSL);

    f.  194 counterfeit designer luxury items labeled as "Burberry";

    g.  291 counterfeit designer luxury items labeled as "Modern Creation Munchen" (MCM);

    h.  494 counterfeit designer luxury items labeled as "Goyard";

    i.  544 counterfeit designer luxury items labeled as "Marc Jacobs";

    j.  1,093 counterfeit designer luxury items labeled as "Gucci"; and

    k.  3,789 counterfeit designer luxury items labeled as "Louis Vuitton";

(a. through k., collectively, the "Storage Unit-10 Property");

WHEREAS, the Government seized the following from Storage Unit-11:

    a.  28 counterfeit designer luxury items labeled as "Prada";

    b.  45 counterfeit designer luxury items labeled as "Marc Jacobs";

    c.  60 counterfeit designer luxury items labeled as "Christian Dior";

    d.  122 counterfeit designer luxury items labeled as "Michael Kors";

    e.  250 counterfeit designer luxury items labeled as "Modern Creation Munchen" (MCM);

    f.  1,234 counterfeit designer luxury items labeled as "Gucci"; and

    g.  13,354 counterfeit designer luxury items labeled as "Louis Vuitton";

(a. through g., collectively, the "Storage Unit-11 Property");

WHEREAS, the Government seized the following from Storage Unit-12:

    a.  84 counterfeit designer luxury items labeled as "Chanel";

    b.  134 counterfeit designer luxury items labeled as "Yves Saint Laurent" (YSL);

    c.  353 counterfeit designer luxury items labeled as "Modern Creation Munchen" (MCM);

    d.  825 counterfeit designer luxury items labeled as "Gucci"; and

    e.  2,272 counterfeit designer luxury items labeled as "Louis Vuitton";

(a. through e., collectively, the "Storage Unit-12 Property");

WHEREAS, the Government seized the following from Storage Unit-13:

    a.  720 counterfeit designer luxury items labeled as "Goyard"; and

    b.  1,768 counterfeit designer luxury items labeled as "Louis Vuitton";

(a. and b., together, the "Storage Unit-13 Property");

WHEREAS, the Government seized the following from Storage Unit-14:

    a.  124 counterfeit designer luxury items labeled as "Balenciaga";

    b.  308 counterfeit designer luxury items labeled as "Nike";

    c.  399 counterfeit designer luxury items labeled as "Modern Creation Munchen" (MCM);

    d.  755 counterfeit designer luxury items labeled as "Gucci";

    e.  1,683 counterfeit designer luxury items labeled as "Goyard"; and

    f.  3,608 counterfeit designer luxury items labeled as "Louis Vuitton";

(a. through f., collectively, the "Storage Unit-14 Property");

WHEREAS, the Government seized the following from Storage Unit-15:

    a.  50 counterfeit designer luxury items labeled as "Modern Creation Munchen" (MCM);

    b.  60 counterfeit designer luxury items labeled as "Prada";

    c.  120 counterfeit designer luxury items labeled as "Goyard";

      d.   618 counterfeit designer luxury items labeled as "Gucci"; and

      e.   5,077 counterfeit designer luxury items labeled as "Louis Vuitton";

(a. through e., collectively with Storage Unit-1 Property, Storage Unit-2 Property, Storage Unit-3 Property, Storage Unit-4 Property, Storage Unit-5 Property, Storage Unit-6 Property, Storage Unit-7, Property Storage Unit-8 Property, Storage Unit-9 Property, Storage Unit-10 Property, Storage Unit-11 Property, Storage Unit-12 Property, Storage Unit-13 Property, and Storage Unit-14 Property, "the Forfeited Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Forfeited Property, and the requirement that any person asserting a legal interest in the Forfeited Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Forfeited Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Forfeited Property before the United States can have clear title to the Forfeited Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Forfeited Property was posted on an official government internet site (www.forfeiture.gov) beginning on November 7, 2025 for thirty (30) consecutive days, through December 6, 2025 pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims

and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on May 1, 2026 (D.E. 100);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Forfeited Property have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest the Forfeited Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.       All right, title and interest in the Forfeited Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.       Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Forfeited Property.

3.       The United States Customs and Border Protection (or its designee) shall take possession of the Forfeited Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated:  New York, New York
        May 5                 , 2026

SO ORDERED:

_____
HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE

11